# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| DALE THOMPSON, JAMES B. JONES, PAUL MORTON, WOODROW WILLIAMS, *et al.,* | * * * * | |
| Plaintiffs, | * * | |
| VS. | * * | CASE NO. 4:05-CV-105 (CDL) 42 U.S.C. § 1983 |
| W.W. ADAMSON, G.W. BOONE, MR. COVINGTON, JAMES DONALD, DR. BASSEY, BOB POYDASHEFF, RALPH JOHNSON and MR. HUGLEY, | * * * * * * | |
| Defendants. | * | |

## **RECOMMENDATION**

Plaintiffs filed the current action pursuant to 42 U.S.C. § 1983 on September 20, 2005. On June 27, 2007, the court issued an order for service upon the Defendants, but the mail was returned as undeliverable as to all remaining Plaintiffs.

Pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE, an action may be dismissed to failure to prosecute, which would include the failure to keep the court apprised of a party's current whereabouts. Because each of the remaining Plaintiffs have been released from the Muscogee County Jail without informing the court clerk's office of his current address, it is recommended that this action be dismissed as to each of the Plaintiffs.

**IT IS RECOMMENDED,** therefore, for the foregoing reason, that this case be

DISMISSED for the Plaintiffs' failure to prosecute the action.  Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff may file written objections to this recommendation with the United States District Judge, WITHIN TEN (10) DAYS after being served with a copy thereof.

SO RECOMMENDED this 29th day of August, 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

eSw