IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DALE THOMPSON, et al., | * |
| Plaintiffs | * |
| vs. | * |
| W. W. ADAMSON, et al., | * CASE NO. 4:05-CV-105 (CDL) |
| Defendants | * |
| | * |

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 29, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of November, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE